BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
Social Security Administration

    Office of the General Counsel
    160 Spear St. Ste. 800
    San Francisco, CA  94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER WILLIAMS, | ) | No. 14-CV-00366-BAM |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION AND ORDER FOR EXTENSION |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) ) ) | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant's time to respond to Plaintiff's Answer be extended to September 1, 2014.  Defendant's response was originally due August 18, 2014.  This extension is necessary because the electronic transcript is defective and cannot be uploaded onto the Court's ECF system.  Defendant will forward another electronic transcript for filing by September 1, 2014.  Counsel for Defendant asserts that he did not act in bad faith and

-1-

1 that the error was completely inadvertent.  Defendant's Counsel apologizes to the Court for any
2 inconvenience caused by this delay.
3
4                                                                     Respectfully submitted,
5 Dated: August 18, 2014                      */s/Brian Shapiro*
                                               BRIAN SHAPIRO
6                                              Attorney for Plaintiff
7                                              [As authorized by telephone]
8
9 Dated: August 18, 2015                      BENJAMIN B. WAGNER
                                               United States Attorney
10                                             DONNA L. CALVERT
                                               Acting Regional Chief Counsel, Region IX
11                                             Social Security Administration
12
13                                    By:     */s/ Theophous H. Reagans*
                                               THEOPHOUS H. REAGANS
14                                             Special Assistant U.S. Attorney
15                                             Attorneys for Defendant
16
17
18                                           **ORDER**
19      Pursuant to Stipulation between the parties, IT IS HEREBY ORDERED that Defendant
20 shall have an extension of time, to and including September 1, 2014, in which to file an answer to
21 Plaintiff's Complaint; and that all other deadlines set forth in the April 2, 2014 Case Management
22 Order shall be extended accordingly.
23
24 IT IS SO ORDERED.
25   Dated:   **August 20, 2014**                   /s/ Barbara A. McAuliffe
26                                                  UNITED STATES MAGISTRATE JUDGE
27
28