BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
Social Security Administration

    Office of the General Counsel
    160 Spear St. Ste. 800
    San Francisco, CA  94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 14-CV-00366-BAM<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CONFIDENTIAL LETTER BRIEF |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant's time to respond to Plaintiff's Confidential Letter be extended to December 1, 2014.  This extension is necessary because Defendant needs additional time to consider the issues Plaintiff raised.  Counsel for Defendant asserts that this request is made in good faith.  Defendant's Counsel apologizes to the Court for any inconvenience caused by this delay.

-1-

|   |   |
|---|---|
|   | Respectfully submitted, |

Dated: November 6, 2014         */s/Brian Shapiro*
                                BRIAN SHAPIRO
                                Attorney for Plaintiff
                                [As authorized by telephone]

Dated: November 6, 2014         BENJAMIN B. WAGNER
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                        By:     */s/ Theophous H. Reagans*
                                THEOPHOUS H. REAGANS
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, up to and including **December 1, 2014**, in which to file a response to Plaintiff's confidential letter brief. All other deadlines set forth in the April 2, 2014 Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **November 7, 2014**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE